UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :     Cr. 19-237-1 (FLW)

     v.                     :     ~~Criminal Mag. No. 18-1535~~

                            :

JAQUAN WADE               :

**RECEIVED**

APR - 5 2019

AT 8:30_____M
WILLIAM T WALSH CLERK

**CONSENT ORDER**

AND NOW, this 5th day of April, 2019, upon consent of the parties, the conditions of release are hereby modified from home incarceration to home detention, with electronic monitoring to remain in place. Upon advance notice by the Defendant and at the discretion of Pretrial Services, Defendant can be permitted to engage in approved recreational activities. All previous terms of release previously ordered shall remain.

BY THE COURT:

_____
Honorable Freda L. Wolfson
United States District Court Judge